

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Hunt County Appraisal District, Appellant

No. 06-24-00016-CV     v.

Lake Tawakoni Wind Point Park
Corporation, Appellee

Appeal from the 196th District Court of Hunt County, Texas (Tr. Ct. No. 91947). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Hunt County Appraisal District, pay all costs incurred by reason of this appeal.

RENDERED OCTOBER 28, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk